**Order entered December 12, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00241-CV

**NITIN JARIWALA AND CHETNA HIRA, Appellants**

**V.**

**ALL AMERICA BANK, AN OKLAHOMA DOMESTIC BANK, Appellee**

**On Appeal from the 116th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-18-18218**

## ORDER

Before the Court is the December 2, 2019 unopposed motion by Lawrence M. Doss to withdraw as counsel for appellee. We **GRANT** the motion and **DIRECT** the Clerk of the Court to remove Mr. Doss as counsel for appellee. M. Andrew Stewart and Mullin Hoard & Brown, LLP remain as appellee's counsel.

/s/    KEN MOLBERG
        JUSTICE